Anthony Turner BJ-9612
Name and Prisoner Booking Number

Mule Creek State Prison
Place of Confinement

P. O. Box 409089
Mailing Address

Ione, Ca 95640
City, State, Zip Code

FILED
Dec 23, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Anthony Dewhyne Lee Turner,
(Full Name of Plaintiff)    Plaintiff,

v.

(1) Micheal Ullery
(Full Name of Defendant)
(2) Ehab Nouged
(3) Bharat Ratton
(4) _____
        Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-cv-0002-KJN (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Ione, California

## B. DEFENDANTS

1. Name of first Defendant: __Micheal Ullery__. The first Defendant is employed as: __Doctor__ at __Mule Creek State Prison__.
   (Position and Title)                                    (Institution)

2. Name of second Defendant: __Ehab Nouged__. The second Defendant is employed as: __Dentist__ at __Mule Creek State Prison__.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: __Bharat Ratton__. The third Defendant is employed as: __Doctor (PCP)__ at __Mule Creek State Prison__.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __2__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Turner__ v. ~~Cohen~~ __Cohen__
      2. Court and case number: __unknown__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Summary Judgement__

   b. Second prior lawsuit:
      1. Parties: __Turner__ v. __Napa State Hospital__
      2. Court and case number: __unknown__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Summary Judgement__

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Amendment VIII, Amendment XIV, ADA Title III

2. Claim I. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: ____
   - ☑ Medical care
   - ☐ Retaliation

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I filled out a 7362 form to Dr. Micheal Ullery on October 12, 2020, explaining that I am allergic to Amlodipine. He proceeded with tapering me off the medication I'm allergic to that discontinued November 2, 2020. Then On April 1 2021 Dr. Bharat Rutton assumed I was not taking my blood pressure medication and even after I explained to her I'm allergic to Amlodipine, she ordered it for me to take away. I explained to the doctor that my right leg is in unbearable pain and that if I take the medicine my leg will swell up. I did not get medication for pain, but I got order d medication I'm allergic to and now it swollen, in unbearable pain and infected with cellulitus. The medication was discontinued May 1, 2021. The prison employees showed when the defendant's ignored my request letting them both know I'm allergic to Amlodipine. In Coleman v. Rahija, 114 F.3d 778 (8th Cir. 1997).

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   I have permanant pain, a very bad limp, a stiff spot in my leg, scars and half swollen all the time and been given a walker chair because I not able to stand for long periods of time.

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____

## CLAIM II

1. State the constitutional or other federal civil right that was violated: Amendment VIII, Amendment XIV, ADA Title III

2. Claim II. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I requested orthopedic shoes upon my arrival to Mule Creek State Prison March 26, 2020. I made many request to Dr. Michael Ullery to be looked at by a podiatrist to cut my toe nails because I'm a diabetic that has bilateral hallux deformity with first toe overlapping second. I was denied services. It then was delayed because of Covid-19. I kept requesting a need for shoes because my feet hurt to the point without a arch I have leg pain and back pain. I requested it on a 1824 ADA Accomodation form because I was hurting. I was denied and delayed over all this time and then finally on September 9, 2020 I was accomodated when I should have been before making many complaints dating back from march 26, 2020. I did not recieve the medical care I needed. In Todaro v. Ward, 565 F.2d 48 (2nd Cir. 1977). This is cruel and unusual punishment and deliberate indifference.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   Constant foot pain in my feet, right leg in stiffness that went go away. I have permanant swelling and a very bad limp with a wheelchair walker. I'm not able to walk far or stand for long periods of time.

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM III

1. State the constitutional or other federal civil right that was violated: Amendment VIII, Amendment XIV, ADA Title III

2. Claim III. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other:

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Plaintiff, being without teeth request a soft food tray or Protien drink to eat because he suffered cuts, sores, throbbing pain during the course of eating regular meals. Mr. Turner, was denied his requests many times by Dr. Micheal Ullery and Dentist EWab Nougad. A. Turner filed 7362 forms from April 29, 2020 and was consistantly denied accomodations until July 4, 2021. The States have a constitutional duty to provide necessary medical treatment to thier inmates, including psychological or psychiatric Care. This delay and not providing services both physicians knew they where acting illegally and that thier act was unconstitutional. Saucier v. Katz 533 U.S. 194 (2001), and Harlow v. Fitzgerald 457 U.S. 800 (1982). Violating rights; Prison Legal News v. Lehman, 397 F.3d 692, 701 (9th Cir. 2005).

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   Very servere pain when something comes in contact with my gums in my mouth, throbbing pain or sores of numbness or cuts and unable to eat at times

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking: Damages or any damages that the Court deems just and appropriate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 9, 2021
DATE

Anthony Dewayne Lee Turner
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.



EXHIBIT

# DECLARATION

I, Anthony Flores Martinez, with my own eyes seen Anthony Dewayne Lee Turner's leg swollen for long periods of time. I do not know why the medical staff did not take care of his infection sooner. I had a infection in my leg on November 19, 2021 and the medical staff took care of me right away and placed me in the community hospital. On November 27, 2021, I returned from the hospital.

I declare under penalty or perjury that the foregoing is true and correct and would testify to this in court when ever asked to do so. Executed at Mule Creek State Prison on November 29, 2021 in Ione California.

Date: 11-29-21

Print Name: Anthony F. Martinez E-76630

Signature

8

# DECLARATION

On September 1, 2021, My roomate Thomas Moore and I was located in Building 18 in A-pod in cell-102. I, Anthony Dewayne Lee Turner, spoke about my right leg being swollen and that I was illergic to the medication Amlodopine. It got infected from the long period of time it was swollen, and I showed Thomas Moore my leg which has open sores the prison medical health care did not treat even though the Clinic here has it register that they are providing services.

I, Thomas Moore declare under penalty or perjury that the above is true to the knowledge I have and from what I've witnessed with my own eyes. Executed at Mule Creek State Prison on November 20, 2021 in Ione, California.

DAte: 11/20/21

Print Name: Thomas Moore  E-98768

Signature: Thomas Moore

Mule Creek State Prison                                                                        Ione, California

# Standard Cell Search

BLDG. # _____ CELL # _____ DATE _____ TIME _____

NAME _____ CDCR# _____ UPPER

NAME _____ CDCR# _____ LOWER

This is to advise you that your cell/bed area has been searched. As a result of this search, any confiscated items are listed below.

| AUTHORIZED ITEM | STATE ISSUE QUANTITY* | UNAUTHORIZED QUANTITY |
|---|---|---|
| JEANS | 3 | |
| SHIRTS | 3 | |
| BOXER | 4 | |
| T-SHIRT | 4 | |
| SOCKS | 6 | |
| WORK SHOES (Boots) | 1 | |
| TOWELS | 2 | |
| SHEETS | 2 | |
| PILLOW CASE | 1 | |
| WATCH CAP | 1 | |
| CAMP JACKET OR | 1 | |
| BLUE DENIM JACKET | 1 | |
| LAUNDRY BAG | 2 | |
| BELT | 1 | |
| BELT BUCKLE | 1 | |
| BLANKETS | 2 | |
| | | |

| CONFISCATED CONTRABAND |
|---|
| |
| |
| |
| |
| |
| |
| |
| |

### MAINTENANCE INSPECTION

| | Okay | Needs Attention | | Okay | Needs Attention |
|---|---|---|---|---|---|
| DOOR | ☐ | ☐ | LIGHTS | ☐ | ☐ |
| WINDOWS | ☐ | ☐ | SINK | ☐ | ☐ |
| VENTS | ☐ | ☐ | TOILET | ☐ | ☐ |
| MATTRESS | ☐ | ☐ | | | |

* Quantities per CCR §3030

Comments: _____

_____

CORRECTIONAL OFFICER'S PRINTED NAME

White: Housing Unit Binder
Pink: Officer                                                              CORRECTIONAL OFFICER'S SIGNATURE
Yellow: Inmate

MCSP-0319 (2015-12)   10

# DECLARATION

On March 20, 2021, I, Anthony Dewayne Lee Turner became friends with Reggie Fowler at Mule Creek State Prison.

The two of us became good friends and did what we could do to help each other out. In our acquaintence I noticed he had no teeth and that his leg was very swollen. I asked him why he was not taking care of himself? Mr. Turner told me that he placed in multipal 7362 medical and dental slips and nothing has been done. He also told me that he placed in 1824 ADA accomodation complaints about not recieving medical health care services to provide for the neglect of how he was being treated. It took a year and a half before they doctor Micheal Ullery stopped giving him a medication that mr. Turner was illergic. Then he told another doctor he was illergic to Amlodopine and she started him on it anyway. His leg was infected for a long period of time and the docter still do not have his high blood pressure under control.

This is something that should not be happening to people.

I declare under penalty or perjury that these statements are true and correct to what I know and have seen with my own eyes the failure of this prison medical and dental health care services for a person with a disability. Excuted at Mule Creek State Prison on November 21, 2021 in Ione, California. In Building 18-A-pod-cell-102 2up.

Date: 11-21-21

Print Name: Reggie Fowler - AM3667

Signiture: Reggie Fowler

# DECLARATION

I, Ronald R. Lewis is a witness to Anthony Dewayne Lee Turner not recieving medical services like other inmates at Mule Creek State Prison.

His leg was swollen and infected for about one year or more before the doctor sent him to the community hospital. Yet, the Medical Health Care Services sent out Anthony Martinez in one day which denied Anthony Turner the same services. I feel he was discriminated against because of his mental functioning or because the medical staff knew that the Health Care provider messed up and did not do anything about Mr. Turner's medical issues. He has a open wound on his right leg and the medical Health Care do not even change out his bandage on a everyday basis. It's leaking and draining. The Doctor even re-issued him the medication he was illergic. Date of December 23, 2021. I declare under penalty or perjury that the forgoing is true and correct to the

best of my knowledge and would testify in Court whenever asked to do so. Executed at Mule Creek State Prison on December 23, 2021 in Ione, California.

Date: 12/23/21

Print Name: LEWIS / C09942

Signature: /s/

UNITED STATES DISTRICT COURT
Eastern District Court of California
Keith Holland, Clerk
Jenna Nelson, Chief Deputy

CLERK'S NOTICE

☐ REPLY TO:
Divisional Office
2500 Tulare St. #1-500
Fresno, California 93721

☒ REPLY TO:
Office of the Clerk
501 I Street #4-200
Sacramento, CA 95814

TO:
Anthony Turner BJ-9612
Mule Creek State Prison
PO Box 409089
Ione CA 95640

Case Number: n/a

RE: Pleadings and/or Correspondence received on : 12/13/2021

☒ **E-FILING**: Pursuant to Standing Order of the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission of Prisoner Litigation filed by Plaintiffs Incarcerated", the document(s) can not be filed because your institution participates in the e-filing program with the court. Per the Standing Order, the document(s) is (are) returned unfiled and must be filed under E-Filing procedure with the Librarian/Litigation Coordinator. When filing documents under E-Filing procedures, please include this document (Clerk's Notice) with the e-filing documents.

Thank you for your future attention to this matter.

AMC         12/14/2021

Deputy Clerk    Date