1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY TURNER,                        No.  2:22-cv-0002 TLN KJN P

12                 Plaintiff,

13         v.                               ORDER

14   MICHAEL ULLERY, et al.,

15                 Defendants.

16

17         Plaintiff is a state prisoner, proceeding pro se, with this civil rights action seeking relief

18   pursuant to 42 U.S.C. § 1983.  Plaintiff filed two motions, both of which are denied without

19   prejudice, as set forth below.

20         First, on August 22, 2022, plaintiff filed a motion for leave to amend his complaint.

21   Plaintiff's motion was not, however, accompanied by a proposed amended complaint.  As a

22   prisoner, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma

23   pauperis statute.  See 28 U.S.C. § 1915A.  Because plaintiff did not submit a proposed amended

24   complaint, the court is unable to evaluate it.  Therefore, his motion is denied without prejudice.

25         Second, plaintiff filed a motion to transport four witnesses to court for trial.  However,

26   plaintiff's motion is premature.  As the court explained in the July 18, 2022 discovery and

27   scheduling order, plaintiff's motion for the attendance of incarcerated witnesses should be

28   submitted along with his pretrial statement.  (ECF No. 29.)  The deadline for filing pretrial

1

statements will be set in a subsequent order, after discovery closes and pretrial motions have been resolved.  Plaintiff's motion is denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that plaintiff's August 22, 2022 motions (ECF Nos. 32 & 33) are denied without prejudice.

Dated:  August 29, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/turn0002.10b

2