IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANTHONY TURNER,** | Case No. 2:22-cv-00002-KJN (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR RELIEF TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO AMEND** |
| v. | |
| **MICHAEL ULLERY, et al.,** | |
| Defendants. | |

This matter coming before the Court on Defendants' administrative motion for relief to extend their time to respond to Plaintiff's motion to amend complaint (ECF No. 35), and good cause appearing, the request (ECF No. 38) is GRANTED.

Defendants' deadline to oppose Plaintiff's motion to amend complaint is extended to October 11, 2022.

Dated:  September 29, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Turn002.eot