1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY TURNER,                    No.  2:22-cv-0002 TLN KJN P

12              Plaintiff,

13       v.                           ORDER

14   MICHAEL ULLERY, et al.,

15              Defendants.

16

17       Plaintiff is a state prisoner, proceeding pro se.  On October 11, 2022, defendants filed a

18 second administrative motion for relief to extend their time to respond to plaintiff's motion to

19 amend the complaint (ECF No. 35).  Good cause appearing, defendants' request is granted.  No

20 further extensions of time will be granted.

21       Accordingly, IT IS HEREBY ORDERED that:

22       1.  Defendants' motion for an extension of time (ECF No. 41) is granted; and

23       2.  Defendants shall file their opposition to plaintiff's motion to amend on or before

24 October 25, 2022.

25 Dated:  October 12, 2022

26

27                                   KENDALL J. NEWMAN
  /turn0002.eot2                          UNITED STATES MAGISTRATE JUDGE

28