UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D.L. TURNER,<br><br>           Plaintiff,<br><br>       v.<br><br>MICHALE ULLERY, et al.,<br><br>           Defendants. | No.  2:22-cv-0002 TLN CSK P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file objections to the April 19, 2024, findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

   1. Plaintiff's motion for an extension of time (ECF No. 87) is granted; and

   2. Plaintiff is granted thirty days from the date of this order in which to file objections to the findings and recommendations.

Dated:  May 13, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/turn0002.36

1